```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KNIGHT MPIC VENTURES, LLC, et al.,                          :
                                    Plaintiffs,             :
                                                            :                18 Civ. 8126 (LGS)
                -against-                                   :
                                                            :                      ORDER
KRAIG T. HIGGINSON,                                         :
                                    Defendant.              :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 4, 2020, the Court granted Plaintiffs' motion for summary judgment and awarded judgment against Defendant in the amount of $3,500,000 plus interest and reasonable costs, including reasonable attorneys' fees." (Dkt. No. 71) It is hereby

**ORDERED** that Plaintiffs shall file a motion for attorneys' fees, which shall be subject to the following schedule: (1) Plaintiffs shall file the motion for attorneys' fees, with supporting memorandum of law not to exceed ten pages, by **February 28, 2020**; (2) Defendant shall file any memorandum of law in opposition to Plaintiffs' motion, not to exceed ten pages, by **March 20, 2020**; and (3) Plaintiffs shall file any reply in support of the motion, not to exceed five pages, by **March 27, 2020**. The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: February 6, 2020
       New York, New York

                                                   _____
                                                         **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**