**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
KNIGHT MPIC VENTURES, LLC, et al.,

                     Plaintiffs,                            18 **CIVIL** 8126 (LGS) (KNF)

        -against-                                    **JUDGMENT**

KRAIG T. HIGGINGSON,

                     Defendant.
-------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 31, 2020, that the Report and Recommendation is adopted in its entirety as the opinion of the Court; For the reasons stated in the Report and Recommendation, Plaintiffs' motion is granted in part and Plaintiffs are awarded $385,953.45 in reasonable attorneys' fees; judgment in the amount of $3,500,000 plus statutory interest and attorneys' fees in the amount of $385,953.45 is entered in favor of Plaintiffs; accordingly, the case is closed.

**Dated:**  New York, New York
           August 31, 2020

                                                        **RUBY J. KRAJICK**
                                                        _____
                                                           Clerk of Court
                                     **BY:**
                                                            Deputy Clerk